IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH EARL MELING,

    Petitioner,                                JUDGMENT IN A CIVIL CASE

v.                                          Case No. 17-cv-53-jdp

LOUIS WILLIAMS II,

    Respondent.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Joseph Earl Meling's petition for a writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case.

    /s/                                                     5/11/2017

    Peter Oppeneer, Clerk of Court                     Date