DOC NO
REC'D/FILED
2017 MAY 19 AM 9:22
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

(Madison Division)

| | | |
|---|---|---|
| Joseph Earl Meling, | § | |
| Petitioner-Appellant, | § | Civil No. 17-CV-53-jdp |
| v | § | |
| | § | |
| Louis Williams II, | § | |
| Respondent-Appellee. | § | |

## NOTICE OF APPEAL

Notice is hereby given that Joseph Earl Meling (hereinafter "Petitioner"), hereby Appeals to the United States Court of Appeals for the Seventh Circuit from the final judgement from the District Court's **ORDER** of May 11, 2017, denying Petitioner's 28 U.S.C. §2241 petition, entered for the record under the above Civil Action Number.

On this 17, day of May 2017.

Respectfully submitted,

Joseph Earl Meling (pro se)
Reg. No. 22719-086
FCI Oxford, WI.
P.O. Box 1000
Oxford, Wisconsin 53952